Lawrence WILDER, Plaintiff— Appellant,

v.

HOWARD COUNTY POLICE DEPARTMENT; William McMahon, Chief; John Superman, Officer; Unknown Officers and Agents, Defendants—Appellees.

No. 09–1313.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 20, 2009.

Decided: Aug. 24, 2009.

Lawrence Verline Wilder, Sr., Appellant Pro Se.

Before WILKINSON and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence Wilder filed a complaint against the Howard County Police Department and named and unnamed officers, alleging violations of his civil rights. The district court entered an order granting Wilder leave to proceed in forma pauperis, denying without prejudice his motion for appointment of counsel, and placing his case on inactive status pending resolution of cases Wilder has on the court's active docket. Wilder seeks to appeal, challeng-

ing the denial of appointment of counsel. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). Because the claim Wilder seeks to raise on appeal is not immediately appealable, we dismiss the appeal for lack of jurisdiction. We deny Wilder's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*